■ ROBERTO RODRIGUEZ, Appellant, v JESSICA L. BARANEK et al., Respondents. (And Another Action.) [30 NYS3d 877]—

Appeal from order, Supreme Court, New York County (Arlene P. Bluth, J.), entered October 30, 2014, and from order, same court and Justice, entered on or about January 15, 2015, which, following a summary jury trial, denied plaintiff's motion for a mistrial and dismissed the case, unanimously dismissed, without costs.

Plaintiff's posttrial motion, although framed as a motion for a mistrial based on an inconsistent verdict, in essence sought to set aside the jury's verdict as against the weight of the evidence, and is therefore prohibited by the summary jury trial rules, which the parties agreed to follow. Moreover, those rules prohibit appeals, and therefore plaintiff's appeal should be dismissed (*Conrad v Alicea*, 117 AD3d 560 [1st Dept 2014], *lv dismissed* 24 NY3d 946 [2014]). Concur—Acosta, J.P., Saxe, Gische, Webber and Kahn, JJ.